**SUTTON HATMAKER LAW CORPORATION**
S. Brett Sutton 143107
brett@suttonhatmaker.com
Susan K. Hatmaker 172543
susan@suttonhatmaker.com
Jared Hague 251517
jared@suttonhatmaker.com
6715 North Palm Avenue, Suite 214
Fresno, California 93704

Telephone: (559) 449-1888
Facsimile: (559) 449-0177

Attorneys for JODI MANSER

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * *

| | |
|---|---|
| JODI MANSER, an individual | Case No. 1:08-cv-01250-LJO-SMS |
| Plaintiff, | |
| vs. | **JOINT STIPULATION REGARDING EXTENSION OF DISCOVERY FOR COMPLETION OF DEPOSITIONS** |
| SIERRA FOOTHILLS PUBLIC UTILITY DISTRICT; MICHAEL STIELER, an individual; PAUL FREDRICKS, an individual; MARC NEFF, an individual and Does 1-50 inclusive, | |
| Defendants. | Complaint Filed: August 21, 2008 |
| | **DEMAND FOR JURY TRIAL** |

Plaintiff JODI MANSER (hereinafter "Plaintiff") and Defendants SIERRA FOOTHILLS PUBLIC UTILITY DISTRICT, MICHAEL STIELER, PAUL FREDERICK, and MARC NEFF (hereinafter collectively "Defendants"), by and through their respective attorneys of record, hereby stipulate and agree as follows:

**RECITALS**

WHEREAS Counsel for both sides have conferred in good faith regarding the current discovery deadline of January 22, 2010 pursuant to the Scheduling Order issued by this Court,

LAW OFFICES
Sutton Hatmaker
Law Corporation
6715 N. PALM AVENUE
SUITE 214
FRESNO, CA  93704

1
JOINT STIPULATION REGARDING EXTENSION OF DISCOVERY

Plaintiff and Defendants hereby respectfully request that the Court modify its Scheduling Order to permit Plaintiff to conduct the depositions of Heather Stieler, Sherry Brown, and Tanya Benjamin upon such dates and times as are mutually convenient to all counsel.

Dated: January 21, 2010                         SUTTON HATMAKER LAW CORPORATION


By      /s/ Jared Hague
    JARED HAGUE
    Attorney for Plaintiff
    JODI MANSER

Dated: January 21, 2010                         BETTS & RUBIN


By      /s/  James B. Betts
    JAMES B. BETTS
    Attorneys for Defendants SIERRA
    FOOTHILLS PUBLIC UTILITY
    DISTRICT, MICHAEL STIELER, PAUL
    FREDERICK, MARC NEFF

In consideration of the aforementioned stipulation, the discovery deadline is extended from January 22, 2010, to February 19, 2010.  All other deadlines and dates remain unchanged.

**IT IS SO ORDERED**.

Date: January 25, 2010

   /s/ Gary S. Austin
**UNITED STATES MAGISTRATE JUDGE**

LAW OFFICES
Sutton Hatmaker
Law Corporation
6715 N. PALM AVENUE
SUITE 214
FRESNO, CA  93704

2
JOINT STIPULATION REGARDING EXTENSION OF DISCOVERY