# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JODI MANSER, | CASE NO. CV-F-08-1250 LJO SMS |
| Plaintiffs, | **ORDER VACATING AND DISCHARGING ORDER TO SHOW CAUSE** |
| vs. | |
| SIERRA FOOTHILLS PUBLIC UTILITY DISTRICT; et al., | |
| Defendants. | |

The Court has received and reviewed the response of defense counsel James Betts to this Court's Order to Show Cause. In his response, Mr. Betts takes full responsibility for failing to comply with the Court's Scheduling Order, does not shift blame to others, and has taken corrective action to ensure that the failure will not occur again. The Court notes that counsel has not engaged in a previous failure of this kind. Accordingly, the Court VACATES the March 23, 2010 hearing and DISCHARGES the Order to Show Cause. Should this kind of situation reoccur in the future, the result will not be the same.

The hearing on the OSC set for Tuesday, March 23 is vacated; the Pretrial Hearing set for Thursday, March 25 will remain on calendar.

IT IS SO ORDERED.

**Dated:   March 19, 2010**          /s/ Lawrence J. O'Neill
                                                                 UNITED STATES DISTRICT JUDGE

1