**FILED**

MAY 0 7 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JODI MANSER, | CASE NO. CV-F-08-1250 LJO GSA |
| Plaintiffs, | **SPECIAL VERDICT** |
| v. | |
| SIERRA FOOTHILLS PUBLIC UTILITY DISTRICT, | |
| Defendant. | |

We, the jury in the above-entitled case find the following special verdict on the questions submitted to us:

<u>Claims under California Family Rights Act and Family Medical Leave Act</u>

1. Was Ms. Manser eligible for medical leave?

    _____ Yes  __X__ No

    If your answer to question 1 is yes, then answer question 2. If you answered no, proceed to question 9.

2. Did Ms. Manser have a serious health condition that made her unable to perform the functions of her job?

    _____ Yes  _____ No

    If your answer to question 2 is yes, then answer question 3. If you answered no, proceed to question 9.

3. Did Ms. Manser take medical leave?

_____ Yes   _____ No

If your answer to question 3 is yes, then answer question 4. If you answered no, proceed to question 9.

4. Did Ms. Manser give sufficient notice to SFPUD of her need to use medical leave?

_____ Yes   _____ No

If your answer to question 4 is yes, then answer question 5. If you answered no, proceed to question 9.

5. Did SFPUD fail to return Ms. Manser to the same or a comparable job when her medical leave ended?

_____ Yes   _____ No

If your answer to question 5 is yes, then answer question 6. If you answered no, proceed to question 9.

6. Did SFPUD discharge Ms. Manser?

_____ Yes   _____ No

If your answer to question 6 is yes, then answer question 7. If you answered no, proceed to question 9.

7. Was Ms. Manser's medical leave a motivating reason for SFPUD's decision to discharge her?

_____ Yes   _____ No

If your answer to question 7 is yes, then answer question 8. If you answered no, proceed to question 9.

8. Was SFPUD's decision a substantial factor in causing harm to Ms. Manser?

_____ Yes   _____ No

Go to question 9.

<u>Claims based upon Disability Discrimination</u>

9. Was SFPUD an employer?

　X　 Yes   _____ No

If your answer to question 9 is yes, then answer question 10. If you answered no, proceed to

2

1  question 23.
2  10.     Was Ms. Manser an employee of SFPUD?
3          _X_ Yes _____ No
4  If your answer to question 10 is yes, then answer question 11. If you answered no, proceed to
5  question 23.
6  11.     Did Ms. Manser have a physical condition that limited her ability to work?
7          _X_ Yes _____ No
8  If your answer to question 11 is yes, then answer question 12.
9  12.     Did SFPUD think Ms. Manser had a physical condition that limited her ability to work?
10         _X_ Yes _____ No
11 If your answer to either question 11 or 12 is yes, then answer question 13. If you answered
12 no to both 11 and 12, proceed to question 22.
13 13.     Was Ms. Manser able to perform the essential job duties with reasonable accommodation for
14 her physical condition?
15         _X_ Yes _____ No
16 If your answer to question 13 is yes, then answer question 14. If you answered no, proceed to
17 question 22.
18 14.     Did SFPUD fail to provide reasonable accommodation for Ms. Manser's physical condition?
19         _____ Yes _X_ No
20 If your answer to question 14 is yes, then answer question 15. If you answered no, proceed to
21 question 22.
22 15.     Was SFPUD's failure to provide reasonable accommodation a substantial factor in causing
23 harm to Ms. Manser?
24         _____ Yes _____ No
25 If your answer to question 15 is yes, then answer question 16. If you answered no, proceed to
26 question 22.
27 16.     Was Ms. Manser subjected to discrimination because of a perceived disability?
28         _____ Yes _____ No

If your answer to question 16 is yes, then answer question 17. If you answered no, proceed to question 22.

17. Did SFPUD fail to take reasonable steps to prevent the discrimination?

    \_\_\_\_\_ Yes \_\_\_\_\_ No

If your answer to question 17 is yes, then answer question 18. If you answered no, proceed to question 22.

18. Was SFPUD's failure to prevent discrimination a substantial factor in causing harm to Ms. Manser?

    \_\_\_\_\_ Yes \_\_\_\_\_ No

If your answer to question 18 is yes, then answer question 19. If you answered no, proceed to question 22.

19. Did SFPUD discharge Ms. Manser?

    \_\_\_\_\_ Yes \_\_\_\_\_ No

If your answer to question 19 is yes, then answer question 20. If you answered no, proceed to question 22.

20. Was Ms. Manser's perceived physical condition a motivating reason for SFPUD's decision to discharge Ms. Manser?

    \_\_\_\_\_ Yes \_\_\_\_\_ No

If your answer to question 20 is yes, then answer question 21. If you answered no, proceed to question 22.

    \_\_\_\_\_ Yes \_\_\_\_\_ No

21. Was SFPUD's decision a substantial factor in causing harm to Ms. Manser?

    \_\_\_\_\_ Yes \_\_\_\_\_ No

Go to question 22.

## Claims under California Labor Code §§1102.5 and 6310

22. Did Ms. Manser make a disclosure to SFPUD with a reasonable belief that the information disclosed a violation or noncompliance of a state or federal statute, rule, or regulation?

   __X__ Yes   ____ No

   If your answer to question 22 is yes, then answer question 23. If you answered no, proceed to question 28.

23. Did Ms. Manser make a verbal or written complaint to SFPUD pertaining to unsafe working conditions or work practices occurring in her place of employment?

   __X__ Yes   ____ No

   If your answer to question 23 is yes, then answer question 24. If you answered no, proceed to question 28.

24. Did Ms. Manser have a reasonable belief that the working conditions or work practices occurring in her place of employment were unsafe?

   __X__ Yes   ____ No

   If your answer to question 24 is yes, then answer question 25. If you answered no, proceed to question 28.

25. Did SFPUD discharge or take other adverse employment actions against Ms. Manser?

   __X__ Yes   ____ No

   If your answer to question 25 is yes, then answer question 26. If you answered no, proceed to question 28.

26. Was Ms. Manser's disclosure or complaint a motivating reason for SFPUD's decision to discharge or take other adverse employment actions?

   __X__ Yes   ____ No

   If your answer to question 26 is yes, then answer question 27. If you answered no, proceed to question 28.

27. Was SFPUD's conduct a substantial factor in causing harm to Ms. Manser?

   __X__ Yes   ____ No

   Go to question 28.

1  28.    Answer question 29 if you have answered question 8, 15, 18 or 27 yes. Otherwise, date and
2  sign this verdict.

3  What are Ms. Manser's damages?

4  a.   Past economic loss
5        lost earnings                                  $ 56,000
6        other past economic loss                       $ ~~11,200.0~~ /s/
7            Total Past Economic Damages:               $ ~~67,200~~ 56,000 /s/
8  b.   Past noneconomic loss, including
9        [physical pain/mental suffering:]              $ 11,200
10 c.   Future noneconomic loss, including
11       [physical pain/mental suffering:]              $ 0

13                                          TOTAL       $ 67,200

15 Go to Question 29.

16 ~~29~~ 30  Did Ms. Manser use reasonable efforts to mitigate (lessen) her economic wage loss damages?
17           ____ Yes   X  No
18 ~~30~~ If ~~yes~~ No, by what percentage, if any, should her economic damages be reduced?
19 70 %

21 Sign, date and return this verdict.

22 Dated: May 7, 2010

23                                                          _____
                                                             PRESIDING JUROR